IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2018 AUG 21 P 6: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Shelly Ann Young

_____
PLAINTIFF

v.

AECOM /ACFIRST
_____
DEFENDANT

CASE ACTION NO.: 2:18-CV-746-MHT-SRW

JURY DEMAND (MARK ONE)

☐ YES     ☐ NO

### EEOC COMPLAINT

1. Plaintiff resides at 37 Kalin ST. Phenix City AL 36869

2. Defendant(s)' name(s) AECOM /ACFIRST

   Location of principal office(s) of the named defendant(s) 1200 Summit Avenue, Suite 120, ~~Forth~~, Fort Worth, TX 76102

   Nature of defendant(s)' business Maintenance and Operational Support Contract - Afghanistan

   Approximate number of individuals employed by defendant(s) 500 or more

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☒ Other acts as specified below: Discrimination (race, sex and age and retaliation.

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
      X  Not presently employed by the defendant. The dates of employement were
      August 15 2014, March 7, 2017 Employment was terminated because:

      (1) ___ Plaintiff was discharged.
      (2) X  Plaintiff was laid off.
      (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. X  Other, as specified below: Work Ethics

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Michael Hall   male, white
   Todd Metcalf   male, white

8. The alleged discrimination occurred on or about NOV 2015 to MARCH 2017

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   (1) Harrassment
   (2) Sexual Harrassment about my Clothes
   (3) About my work ethics and Conduct with others
   (4) False accusations about hotline Calls
   (5) my work ethics of following Company Rules and regulations.
   (6) Accussations made by Mr Hall regarding he do not listen to no woman that why he left his wife at home.
   (7) Said I do not get along with Co-Worker and other Contractors, I trained the whole Team Including Lead Supervisor

10. The alleged illegal activity took place at Bagram Afghanistan Supply department.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ~~Tuesday~~ April 20, 2017. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on May 25, 2018

12. I seek the following relief:

   A. ✓ Recovery of back pay.
   B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 21 August 2018

Signature of Plaintiff

Shelly Young
37 Kalm ST
Phenix City AL 36869
Address & Telephone Number of Plaintiff